IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDY AMATUCCI | : |
| Plaintiff, | : |
| v. | : No. 1:15-CV-1629 (CKK) |
| HOME BRIDGE FINANCIAL SERVICES | : |
| Defendant. | : |

## ORDER

AND NOW, this __8th__ day of __January__, 2016, upon consideration of the Parties' Joint Motion to Approve Settlement Agreement, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that:

1. The Parties' proposed Settlement Agreement, docketed at ECF No. 14-1, represents a bona fide compromise of Plaintiff's FLSA claims that are fair and reasonable in light of the FLSA's statutory requirements;

2. This matter be **DISMISSED WITH PREJUDICE**; and

3. The Clerk of the Court mark this case as **CLOSED**.

BY THE COURT:

_____, J.